# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$53,743.00 in U.S. CURRENCY,<br><br>Defendant. | **CV-17-43-GF-BMM**<br><br><br>**ORDER** |

Plaintiff United States of America filed a motion to strike Claimant Vanessa Camper's ("Camper") claim (Doc. 11) and enter a judgment of forfeiture to the United States under Federal Rule of Civil Procedure 37 for a failure to respond to discovery requests and failure to respond to this Court's order compelling discovery responses by November 30, 2018. (Doc. 33.) Local Rule 7.1(d)(1)(B)(ii) states that "failure to file a response brief may be deemed an admission that the motion is well-taken." Camper failed to file a response to Plaintiff's motion to strike and enter a judgment of forfeiture. The Court finds that Plaintiff's motion is well-taken.

# ORDER

Accordingly, **IT IS ORDERED** that Plaintiff United States of America's motion to strike Claimant Vanessa Camper's ("Camper") claim and enter a judgment of forfeiture to the United States under Federal Rule of Civil Procedure 37 for a failure to respond to discovery requests and failure to respond to this Court's order compelling discovery responses by November 30, 2018 (Doc. 33) is **GRANTED**.

DATED this 7th day of November, 2019.

_____
Brian Morris
United States District Court Judge